George **HEALD**, Harold Barrett, Barrett Heald Partnership, Plaintiffs–Appellants,

v.

**QWEST COMMUNICATIONS CORPORATION,** Defendant,

Norfolk Southern Railway Company, Defendant–Appellee.

No. 06–12564

United States Court of Appeals, Eleventh Circuit.

Dec. 27, 2006.

Scott D. Gilchrist, Indianapolis, IN, for Plaintiffs–Appellants.

Eileen M. Crowley, Crowley & Clarida, LLP, Thomas A. Croft, King & Croft, LLP, Atlanta, GA, for Defendant–Appellee.

---

Before BIRCH and PRYOR, Circuit Judges, and NANGLE,* District Judge.

PER CURIAM:

Having carefully reviewed the briefs of the parties and record in this case and having entertained oral argument, we can discern no reversible error in this case. Accordingly, we **AFFIRM** the judgment of the district court.